HIMEBAUGH *et al.* v. COAD.

(Opinion filed Dec. 10, 1892.)

Appeal from Pennington county court.

Motion to dismiss appeal allowed. No briefs filed.

*Edmund Smith* and *S. J. Parsons,* for appellant.

*Wood & Buell,* for respondent.

BENNETT, P. J.   The record discloses the same facts, substantially, as in the case of Bank v. Crouch, 3 S. D. 410, 53 N. W. Rep. 862, (decided at this term;) and for reasons there stated the appeal will be dismissed, without prejudice.